```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-01902-JAM-DAD |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 9445 FRUITRIDGE ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN NOS: 063-0060-045 AND 063-0060-046 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |
| Defendant. | |

The United States, and Claimants David Johns, Mary Johns, and Major Amos Nilson and Lucy H. Nilson, Trustees of the Nilson Family Revocable Trust (hereafter referred to collectively as "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying further proceedings until December 1, 2011 due to an on-going criminal investigation into marijuana cultivation at 9445 Fruitridge Road, Sacramento, California (hereafter "defendant property").

David and Mary Johns are the record owners of the defendant property, which is an approximately fourteen acre parcel with a business office, a large greenhouse facility, and a residence.

    1.    Each of the claimants has filed a claim to the defendant property. Claimants David Johns, Mary Johns, Major Amos Nilson, and Lucy H. Nilson have not yet filed their Answers and will not be required to do so until the stay contemplated by this stipulation expires.

    2.    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant property was used to facilitate the cultivation of marijuana.

    3.    To date, several individuals have been charged with federal criminal crimes related to marijuana cultivation at the defendant property, Case Nos. 2:11-CR-0275-JAM-DAD and 2:11-CR-0276-JAM-DAD; but neither David Johns nor Mary Johns have been charged with any criminal offense by state, local, or federal authorities. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the marijuana grow at the defendant property. Nevertheless, the United States intends to depose claimants David and Mary Johns regarding their ownership of the defendant property, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant property. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant

1  property, or waiving their Fifth Amendment rights and submitting
2  to a deposition and potentially incriminating themselves.  If
3  they invoke their Fifth Amendment rights, the United States will
4  be deprived of the ability to explore the factual basis for the
5  claims they filed with this court.
6     4.   In addition, claimants intend to depose, among others,
7  the agents involved with this investigation, including but not
8  limited to the agents with the Drug Enforcement Administration
9  and the Internal Revenue Service.  Allowing depositions of the
10 law enforcement officers at this time would adversely affect the
11 ability of the federal authorities to investigate the alleged
12 underlying criminal conduct.
13     5.   The parties recognize that proceeding with these
14 actions at this time has potential adverse effects on the
15 investigation of the underlying criminal conduct and/or upon the
16 claimants' ability to prove their claim to the property and to
17 assert any defenses to forfeiture.  For these reasons, the
18 parties jointly request that these matters be stayed until
19 December 1, 2011, in accordance with the terms of this
20 stipulation.  At that time the parties will advise the court of
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 9/14/11            BENJAMIN B. WAGNER
                          United States Attorney

                    By:   /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney


Dated: Sept. 13, 2011     /s/ Kristin S. Door
                          KRISTIN S. DOOR
                          Attorney for claimants
                          David Johns and Mary Johns


Dated: 9/14/11            /s/ Douglas A. MacDonald by Timothy
                          E. Hodgson, Esq. CSB# 108398
                          DOUGLAS A. MACDONALD
                          Attorney for claimants
                          Major Amos Nilson and Lucy H. Nilson

                          (Signatures retained by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until December 1, 2011. On or before December 1, 2011, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 9/14/2011          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Judge