BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-01902-JAM-DAD |
| Plaintiff, | REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND PROPOSED ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 9445 FRUITRIDGE ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN NOS: 063-0060-045 AND 063-0060-046 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE: N/A  TIME: N/A  COURTROOM: N/A |
| Defendant. | |

The United States of America and David Johns, Mary Johns, and Major Amos Nilson and Lucy H. Nilson, Trustees of the Nilson Family Revocable Trust (hereafter referred to collectively as "claimants") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on September 15, 2011 (Doc. 11), based on the on-going criminal investigation into marijuana cultivation at 9445 Fruitridge Road, Sacramento, California (hereafter "defendant property"). To date, several individuals

1  Request for Extension of Stay of Further
   Proceedings and Proposed Order

have been charged with federal criminal crimes related to marijuana cultivation at the defendant property, Case Nos. 2:11-CR-0275-JAM-DAD and 2:11-CR-0276-JAM-DAD; but neither David Johns nor Mary Johns, the record owners of the defendant property, have been charged with any criminal offense by state, local, or federal authorities.

    1.    Each of the claimants has filed a claim to the defendant property.  Claimants David Johns, Mary Johns, Major Amos Nilson, and Lucy H. Nilson have not yet filed their Answers and will not be required to do so until the stay contemplated by this stipulation expires.

    2.    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant property was used to facilitate the cultivation of marijuana.

    3.    It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the marijuana grow at the defendant property. Nevertheless, the United States intends to depose claimants David and Mary Johns regarding their ownership of the defendant property, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant property.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant property, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If

1 they invoke their Fifth Amendment rights, the United States will
2 be deprived of the ability to explore the factual basis for the
3 claims they filed with this court.
4     4.   In addition, claimants intend to depose, among others,
5 the agents involved with this investigation, including but not
6 limited to the agents with the Drug Enforcement Administration
7 and the Internal Revenue Service.  Allowing depositions of the
8 law enforcement officers at this time would adversely affect the
9 ability of the federal authorities to investigate the alleged
10 underlying criminal conduct.
11     5.   The parties recognize that proceeding with these
12 actions at this time has potential adverse effects on the
13 investigation of the underlying criminal conduct and/or upon the
14 claimants' ability to prove their claim to the property and to
15 assert any defenses to forfeiture.  For these reasons, the
16 parties jointly request that these matters be stayed until
17 February 1, 2012, in accordance with the terms of this
18 stipulation.  At that time the parties will advise the court of
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 11/23/11                BENJAMIN B. WAGNER
                               United States Attorney

                        By:    /s/ Kevin C. Khasigian
                               KEVIN C. KHASIGIAN
                               Assistant U.S. Attorney

Dated: 11/23/11                /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Attorney for claimants
                               David Johns and Mary Johns
                               (Authorized by email)

Dated: 11/23/2011              /s/ Douglas A. MacDonald
                               DOUGLAS A. MACDONALD
                               Attorney for claimants
                               Major Amos Nilson and Lucy H. Nilson
                               (Signature retained by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until February 1, 2012. On or before February 1, 2012, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 11/28/2011              /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge