1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) 2:11-CV-01902-JAM-DAD
                                       )
12           Plaintiff,                ) REQUEST FOR EXTENSION
                                       ) OF STAY OF FURTHER
13       v.                            ) PROCEEDINGS AND
                                       ) ORDER
14 REAL PROPERTY LOCATED AT 9445       )
   FRUITRIDGE ROAD, SACRAMENTO,        )
15 CALIFORNIA, SACRAMENTO COUNTY,      ) DATE: N/A
   APN NOS: 063-0060-045 AND           ) TIME: N/A
16 063-0060-046 INCLUDING ALL          ) COURTROOM: N/A
   APPURTENANCES AND                   )
17 IMPROVEMENTS THERETO,               )
                                       )
18           Defendant.                )
                                       )
19 _____)

20       The United States of America and David Johns, Mary Johns, and Major

21 Amos Nilson and Lucy H. Nilson, Trustees of the Nilson Family Revocable Trust

22 (hereafter referred to collectively as "claimants") submit the following Request for

23 Extension of Stay of Further Proceedings and Proposed Order.

24       This matter was previously stayed on September 15, 2011, November 28,

25 2011, and February 1, 2012, based on the on-going criminal investigation into

26 marijuana cultivation at 9445 Fruitridge Road, Sacramento, California (hereafter

27 "defendant property").  To date, several individuals have been charged with federal

28 criminal crimes related to marijuana cultivation at the defendant property, Case

1   Nos. 2:11-CR-00275-JAM-DAD and 2:11-CR-00276-JAM-DAD; but neither David

2   Johns nor Mary Johns, the record owners of the defendant property, have been

3   charged with any criminal offense by state, local, or federal authorities.

4       1.      Each of the claimants has filed a claim to the defendant property.

5   Claimants David Johns, Mary Johns, Major Amos Nilson, and Lucy H. Nilson have

6   not yet filed their Answers and will not be required to do so until the stay

7   contemplated by this stipulation expires.

8       2.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and

9   21 U.S.C. § 881(i).  The United States contends that the defendant property was

10  used to facilitate the cultivation of marijuana.

11      3.      It is the United States' position that the statute of limitations has not

12  expired on potential criminal charges relating to the marijuana grow at the

13  defendant property.  Nevertheless, the United States intends to depose claimants

14  David and Mary Johns regarding their ownership of the defendant property, as well

15  as their knowledge and participation in large scale marijuana cultivation, including

16  the marijuana grow at the defendant property.  If discovery proceeds at this time,

17  claimants will be placed in the difficult position of either invoking their Fifth

18  Amendment rights against self-incrimination and losing the ability to pursue their

19  claims to the defendant property, or waiving their Fifth Amendment rights and

20  submitting to a deposition and potentially incriminating themselves.  If they invoke

21  their Fifth Amendment rights, the United States will be deprived of the ability to

22  explore the factual basis for the claims they filed with this court.

23      4.      In addition, claimants intend to depose, among others, the agents

24  involved with this investigation, including but not limited to the agents with the

25  Drug Enforcement Administration and the Internal Revenue Service.  Allowing

26  depositions of the law enforcement officers at this time would adversely affect the

27  ability of the federal authorities to investigate the alleged underlying criminal

28  conduct.

Request for Extension of Stay of Further
                                         Proceedings and Proposed Order

5.   The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until August 1, 2012, in accordance with the terms of this stipulation.  At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated:  4/30/12                            BENJAMIN B. WAGNER
                                           United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

Dated:  4-25-2012                   /s/ Brenda Grantland
                                    BRENDA GRANTLAND
                                    Attorney for claimants
                                    David Johns and Mary Johns

Dated:  4/26/2012                   /s/ Douglas A. MacDonald
                                    DOUGLAS A. MACDONALD
                                    Attorney for claimants Major
                                    Amos Nilson and Lucy H. Nilson
                                    (Signatures retained by attorney)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until August 1, 2012.  On or before August 1, 2012, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  5/1/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge

Request for Extension of Stay of Further
                                    Proceedings and Proposed Order